PAULINE ZIEGLER GORDON, Respondent, v. BERNARD CHARLES GORDON, Appellant.— Order modified by reducing the amount of the alimony to be paid to the plaintiff for the maintenance of the plaintiff and the child of the parties to the

* Affd., 250 N. Y. 570.

sum of $60 per week, and by reducing the amount of the counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.